# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00699-CR

**Ashley Roxanne Henderson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 9287, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ashley Roxanne Henderson filed a motion to dismiss seeking to withdraw her notice of appeal. Henderson's motion to withdraw her notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed: December 31, 2015

Do Not Publish